[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 2 3 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GREG COLEMAN

P.O. BOX a 112

JOLIET a Ill 60434

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:17-cv-0528**
**Judge Gary Feinerman**
**Magistrate Judge Michael T. Mason**
**PC1**

vs.

WARDEN PFISTER a MAJOR JONH DOE

LT. W. BROWN a SGT. JOHN DOE a

OFFICER GREEN a ACTING DIRECTOR

JOHN BALDWIN a ASST. WARDEN JOHN DOE

DEPUTY DIRECTOR JOHN DOE a LT. BURKYBILE

C/O JOHN DOE a C/O JOHN DOE (CORRECTIONAL OFFICERS)

(Enter above the full name of ALL
defendants in this action.  <u>Do not</u>
use "et al.")

## CHECK ONE ONLY:

_____ ✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: GREG COLEMAN

B. List all aliases: N/A

C. Prisoner identification number: M-21252

D. Place of present confinement: STATEVILLE C.C

E. Address: 16830 S. BROADWAY, ROUTE 53, JOLIET, ILL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: RANDY PFISTER

Title: WARDEN

Place of Employment: STATEVILLE C.C

B. Defendant: JOHN DOE

Title: ASSISTANT WARDEN

Place of Employment: STATEVILLE C.C

C. Defendant: JOHN DOE

Title: DEPUTY DIRECTOR

Place of Employment: 1301 CONCORDIA COURT P.O. BOX 19277 SPRINGFIELD, ILL 62794-9277

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. DEFENDANT: JOHN BALDWIN

  TITLE : ACTING DIRECTOR

  PLACE OF EMPLOYMENT:

  1301 CONCORDIA COURT
  P.O. BOX 19277
  SPRINGFIELD, ILL 62794-9277

E. DEFENDANT: JOHN DOE MS. TORRI

  TITLE: MAJOR

  PLACE OF EMPLOYMENT: STATEVILLE CORRECTIONAL CENTER

F. DEFENDANT: OFFICER MR. GREEN

  TITLE : CORRECTIONAL OFFICER

  PLACE OF EMPLOYMENT: STATEVILLE CORRECTIONAL CENTER

2A

G. DEFENDANT: JOHN DOE

TITLE: SERGEANT

PLACE OF EMPLOYMENT: STATEVILLE C.C.

K. DEFENDANT: BURKYBILE
TITLE: LIEUTENANT
PLACE OF EMPLOYMENT: STATEVILLE C.C

H. DEFENDANT: WILLIE BROWN

TITLE: LIEUTENANT

PLACE OF EMPLOYMENT: STATEVILLE C.C.

I. DEFENDANT: JOHN DOE
TITLE: CORRECTIONAL OFFICER
PLACE OF EMPLOYMENT: STATEVILLE C.C.

J. DEFENDANT: JOHN DOE
TITLE: CORRECTIONAL OFFICER
PLACE OF EMPLOYMENT: STATEVILLE C.C.

2B

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I HAVE BEEN IN STATEVILLE C.C SINCE 2011, TIL THE PRESENT DATE. IN NOVEMBER OR DECEMBER GOVERNOR BRUCE RAUNER CLOSED DOWN "FRANK HOUSE" IN 2016. THE GOVERNOR CLOSED FRANK HOUSE DOWN DUE TO DEPORABLE, INHUMANE AND CRUEL AND UNUSUAL CONDITIONS. THESE CONDITIONS CAUSED ME TO BECOME "SEVERELY MENTALLY ILL" (S.M.I). I HAVE BEEN IN FRANK HOUSE 3,4 OR 5x, FOR PERIODS OF MONTHS AND YEARS.

ON JUNE-12-16 I WAS ON THE SEGREGATION YARD IN WHICH IN-MATES ARE ON FOR 5 HOURS. THERE ISN'T ANY PORTABLE OR OUTSIDE WASH-ROOMS TO RELIEVE ONESELF, THUS LEAVING INMATES TO RELY UPON THE C/O IN THE TOWER TO CALL A TRANSPORT OFFICER TO TAKE ME IN TO RE-LIEVE MYSELF. I AM ON PSYCHOTROPIC MEDICATION. ON 6-12-16 I WAS ON THE SEG. YARD FOR 5 HOURS, I CALLED THE TOWER C/O GREEN TO ASK FOR A TRANSPORT SO THAT I CAN USE THE RESTROOM. C/O GREEN-IGNORED MY CRY AND ANTAGONIZED ME, MY MEDICATION TOOK CONTROL OVER MY BODY AND I DEFECATED ALL ON MYSELF. I TOLD THE C/O ONCE INSIDE FROM THE ENDING OF YARD BUT THEY ANTAGONIZED ME AS WELL. THIS HAPPENED IN FRANK HOUSE.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ON JUNE-22-16, I WAS IN FRANK HOUSE #218. I WOKE UP TO DISCOM-FORT IN MY RIGHT EAR. I TOLD THE C/O AND NURSES AND PUT IN SICK CALLS. ON JUNE-26-16 I WAS SEEN BY NURSE TIFFANY. SHE LOOKED IN MY EAR AND PUT ME IN ON JUNE-2-16 NURSE KRISTA FLUSHED ROACH BODY PARTS OUT OF MY EAR AND FAILED TO DOCUMENT IT. ON JULY-5-16 I WAS SEEN BY DR. WILLIAMS & NURSE VIRGINIA FLUSHED ROACH BODY PARTS OUT OF MY EAR AND 2 WHOLE ROACHS. I STILL COULDN'T HEAR THROUGH IT ALL SO I WAS SEEN BY NURSE WENDY ON JULY-10-16 SHE FLUSHED BODY PARTS OUT OF MY EAR AND WAS DISGUSTED AT HOW BEEFY AND PUFFY THE INSIDE OF MY EAR WAS AND ON JULY-11-16 I WAS SEEN BY DOCTOR SALAH. OBAISI (MEDICAL DIRECTOR) HE TOLD ME I WILL BE CALLED BACK IN TWO WEEKS TO SEE IF MY HEARING IS BACK MY HEARING HAS YET TO COME BACK AND I AM VERY DEPRESSED. BECAUSE I CAN'T HEAR OUT OF MY RIGHT EAR.

ALL OF THESE DEFENDANTS WERE SUPERVISED OVER STATEVILLE. ON THE ABOVE DATES THE DEFENDANTS WAS AND IS EMPLOYED BY THE GOVERMENT (STATE) AT STATEVILL PRISON. JOHN BALDWIN (ACTING DIRECTOR); RANDY PFISTER (WARDEN); JOHN DOE (ASS. WARDEN); (MAJOR) MS. TORRI; MR. WILLIE BROWN (LIEFENANT) MR. BURKYBYLE (LIUTENANT) JOHN DOE (SERGENT) MR. GREEN (CORRECTIONAL OFFICER) JOHN DOE (CORRECTIONAL OFFICER). THE

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

TO BE COMPENSATED SEPERATELY IN THE AMOUNT $125,000 FOR ROACH AND THE PAIN, INFECTION AND LOSE OF HEARING OF MY RIGHT EAR; $85,000 FOR PLACING MY HEALTH IN DEPLORABLE AND INHUMANE CONDITIONS; AND $ 35,000 FOR ME DEFICATING ON MYSELF.        TOTALING $ 245,000

**VI.**     The plaintiff demands that the case be tried by a jury.   ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___12___ day of ___30___, 20 _16_

_Greg Coleman_
(Signature of plaintiff or plaintiffs)

GREG COLEMAN
(Print name)

M-21252
(I.D. Number)

STATVIUE C.C.
16830 S. BROADWAY ROUTE 53
JOLIET, IL 60434
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Coleman** (Last Name)   **Greg** (First Name)   MI   **M21252** (ID#)

Facility: **Stateville**

☒ Grievance: Facility Grievance # (if applicable) **3911 / 3912 / 3913** Dated: **4/4/16 / 6/10/16 / 6/12/16** or ☐ Correspondence: Dated: _____

Received: _____ (Date) Regarding: **Yard (porta pots, soiled himself) Conditions (brown water, broken windows, paint chipped, mice, roaches, etc.)**

The attached grievance or correspondence is being returned for the following reasons:

### Additional information required:

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL 62794-9277

### Misdirected:

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☑ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL 62706

### No further redress:

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____ (Date)

☐ No justification provided for additional consideration.

Other (specify): **Fails to comply with DR504.810**

Completed by: **Lisa Qualls** (Print Name)   **Lisa Qualls** (Signature)   **10/12/16** (Date)

Distribution: Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev.4/2013)

5002

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 9/27/16          **Date of Review:** 9/27/16          Grievance#3913

**Committed Person:** Greg Coleman                                      ID #: M21252

**Nature of Grievance:** Recreation - Yard

**Facts Reviewed:** On a grievance dated 6/12/16 offender claims that while on the seg yard on 6/12/16 he notified staff that he needed to use the restroom but was denied and soiled himself. He states that he takes psychotropic medication which causes diarrhea.

**Counselor Kantowski responded that the grievance was filed untimely.**

**Grievance Officer finds that the counselor correctly addressed the issue. Grievance written 6/12/16 and submitted as an emergency grievance. Received by Warden's Office on 7/12/16; deemed to be a non-emergency on 7/13/16. Received by counselor on 8/24/16.**

RECEIVED

OCT 04 2016

ADMINISTRATIVE
REVIEW BOARD

**Recommendation:** No action.

David Mansfield, CCII
          Print Grievance Officer's Name                                      _David Mansfield, CCII_
                                                                              Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 9/27/16          ☒ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

          Chief Administrative Officer's Signature                                      9/28/16
                                                                                        Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

          Greg Coleman                    M-21252          9/30/16
          Committed Person's Signature          ID#                    Date

Distribution:    Master File; Committed Person                    Page 1                    DOC 0047 (Eff. 10/2001)
                                                                                            (Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 9/27/16          Date of Review: 9/27/16          Grievance#3912

Committed Person: Greg Coleman          ID #: M21252

Nature of Grievance:  Living Conditions

Facts Reviewed: On a grievance dated 6/10/16 offender claims that the conditions in Unit F are not healthy.  He claims that the water is brown in color, has a bad smell and believes that it is contaminated with lead.  He claims that when he drinks the water he becomes fatigued, nauseous, has cramps, diarrhea and stomach pains.  Claims that there is mold in Unit F including the basement and gallery showers, broken windows and chipping paint.  Claims that there are mice, cockroaches, spiders and birds in Unit F.  Claims that there are no portable toilets on the segregation yard, that the jumpsuits are torn and smell bad, the desk stools don't have seats, the mattresses are uncomfortable.  Claims that he has constant sinus problems due to the air quality and lack of cleaning products.  Claims that the mixture of classifications assigned to Unit F causes stress for staff and offenders.  Claims the design of Unit F amplifies noise and that the lights and noise cause him sleep deprivation.

Counselor Kantowski responded that the grievance was filed untimely.

Grievance Officer finds that the counselor correctly addressed the issue.  Grievance written 6/10/16 and submitted as an emergency grievance.  Received by Warden's Office on 7/12/16; deemed to be a non-emergency on 7/13/16.  Received by counselor on 8/24/16.  Offender is advised to sign up for sick call in order to address any medical concerns.

RECEIVED
OCT 0 4 2016
ADMINISTRATIVE
REVIEW BOARD

Recommendation:  No action.

David Mansfield, CCII                                     _David Mansfield, CCII_
Print Grievance Officer's Name                          Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

Date Received: 9/27/16          ☒ I concur          ☐ I do not concur          ☐ Remand
Comments:

_[signature]_                                                        9/28/16
Chief Administrative Officer's Signature                             Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

_Greg Coleman_                    M-21252              9/30/16
Committed Person's Signature              ID#                    Date

Distribution:   Master File; Committed Person                Page 1                         DOC 0047 (Eff. 10/2001)
                                                                                            (Replaces DC 5657)
                                    Printed on Recycled Paper

**\*BEGIN USING FROM BOTTOM UP**

NKDA                               STA                          F818

**State of Illinois**　　　　　　　　　**PRESCRIPTION ORDER**
**Dept. of Corrections**　　　　　　　**Chart Copy (Not a prescription)**

Patient __COLEMAN, GREG__　　　Reg. # __M21252__　　Date: __7-5-16__

Problem _____

ORDER: (Physician's Signature After Last Order) 1. __CORTISPORIN OTIC DROPS  3 GTTS__
__TID · X 10 DAYS.__ _____

DEA/Illinois Lic. #_____ Physician (Print) _____ M.D.
☐ May Substitute _____
☐ May Not Substitute _____ M.D.
DCA 7000　　Noted by: _L. Lewandowski RN_　　　Date: __7-5-16__
IL 426-1417

---

**State of Illinois**　　　　　　　　　**PRESCRIPTION ORDER**
**Dept. of Corrections**　　　　　　　**Chart Copy (Not a prescription)**

Patient __COLEMAN, GREG__　　　Reg. # __M21252__　　Date: __5-31-16__

Problem __SCHIZOAFFECTIVE DIS.__　　__F145__　　　__NKDA__

ORDER: (Physician's Signature After Last Order) _____

　　① D/C prev. LAMICTAL

　　② ↑ LAMICTAL 50mg PO QAM
DEA/Illinois Lic. #_③_Continue EFFEXOR (50mg PO QAM + 225 mg PO QHS) __× 6 MOS__
☐ May Substitute _____ Physician (Print) _____ J. Kelly M.D.
☐ May Not Substitute _____ J. Kelly M.D.
DCA 7000　　Noted by: _J. Henning RN_　　　Date: __5/31/16__
IL 426-1417

NKDA                               STA                          F149

---

**State of Illinois**　　　　　　　　　**PRESCRIPTION ORDER**
**Dept. of Corrections**　　　　　　　**Chart Copy (Not a prescription)**

Patient __Coleman, Greg__　　　Reg. # __M21252__　　Date: __4-21-16__

Problem _____

ORDER: (Physician's Signature After Last Order) 1. __MOTRIN 600mg. 1 PO ↓10 X 10__
2. __ROBAXIN 500mg 1 PO BID × 14 DAYS EPPOR (Wspl.)__ _____

DEA/Illinois Lic. #_____ Physician (Print) _____ M.D.
☐ May Substitute _____
☐ May Not Substitute _____ M.D.

**\*BEGIN USING FROM BOTTOM UP**

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____
_____
_____
_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417
Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____
_____
_____
_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417
Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Coleman Greg_ Reg. # _M21252_ Date: _2/11/16_

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_Cortisporin otic 2 drop Rt d x 2 weeks_

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____
☐ May Not Substitute _____

DCA 7000

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Coleman   First Name: Greg   MI: ___   ID#: M21252

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/2/10 | &N Note | P: Appt made |
| 11:45A | S: "I can't hear out of this ear." | with PA Williams on 7/5/10. |
| | O: I/m A+O×3, clear speech, steady gait while ambulating in HCU. I/m arrived in HCU for scheduled ear flush. I/m stated he had been putting tissue in his ears. During ear flush several pieces of tissue came at along with hard brown unknown substance. (hard) I/m tolerated ear flush well. I/m stated he still could not hear out of (L) ear. | |
| | A: Ear flush | M Crinnmumer |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Coleman _____ ID# M21252
Last Name _____ First Name _____ MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/1/16 8:35 am | RNSC Note<br>S: "I WAS SUPPOSE TO see someone about my ear."<br>O: I/M A&Ox3 Speech clear & coherent. Informed I/M that ears will be flushed weekend of July 4th 3-4. I/M verbalized understanding.<br>A: Treatment P/u. | P: ear flush scheduled only |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information: Coleman    Greg    MI    ID#: M21252
Last Name    First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/5/16 130p 30/37 P-102 P-16 P-97⁸ Wt-182 | MOSC note 25 y/o Afm. added on to nurse list c̄ c/o. inability to hear. "They flushed a roach out of my ear the other day". O= gen - wnl, wad + t/warm Ent = (R) tm not visible 2° to cerumen and body part (insect ?) A = 1. cerumenosis (R) ear c̄ fb. | 1. Ear lavage (R) start 2. Cortisporin otic drops) 3 gtts (R) ear. TID x 7-10 days 3. pt. education/ reassurance noted Jerimauderan RV 7-5-16 |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Coleman _____ _____ ID#: M21258
Last Name          First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 7/10/16. | RN Note | P: Med Dr |
| | S: "I still can't hear out of | 7/11/16 |
| | my right ear." | |
| | O: I'm A&O×3. Here at recu | |
| | for ear Flush. States | |
| | he has had his ear flushed | |
| | and they got out bugs. | |
| | White tissue & brown | |
| | substence out on Flush. | |
| | Ear noted to be beefy red. | |
| | Pass given to see Med | |
| | Dr tomorrow. | |
| | A: Ear Flush. | _____ RN |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Coleman                 Greg

Last Name               First Name          MI      ID#: M21252

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/11/16 1110 Am | Med Director Note | |
| T 979 P 96 | S: post enahitin ear damage | Fu 2 weeks |
| R 18 B/P 127/87 | and ear wax removed. Statis he has discomfort R ear and hears is loss | Continue cortispon oti oti 2 drop Tid till bottle gone |
| | O: both ear Canal Patent ear drum intact | |
| | A external ear irritation | Noted Dragson |
| | oli | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Coleman                  Greg                    ID#: M21252
Last Name              First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/5/16 340p | RN Note: S: "They sent me so I can get my ear flushed" D: 'I'm A&Ox3 Resp equal and easy Gait steady. 'I'm R ear flushed c̄ 5/50 hydrogen puroxide and water. two small bugs came out of ear when flushed and some brown unknown substance. 'I'm was in no distress during procedure. Ear was assessed c̄ otoscope no debris noted. 'I'm stated "I still have trouble hearing out of that ear" 'I'm informed he will have his ear flushed on 7/10/16 A: Ear Flush | P. CFAA RTC |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Stateville Correctional Center

| Offender Information: |
|---|
| Last Name: Coleman  First Name: Greg  MI:  ID#: 72Y752 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/2/16 11:40 | RNSC in House note | P: Medical Services |
| S/O | I/m states "I'm good I | refusal form completed |
|  | an going to Health care | and placed in chart |
|  | for my ear flush. I dont | I/m went to HCU for |
|  | need to see you" | ear lavage |
| A: | I/m A+O+3 ambulates unassisted |  |
|  | gait steady c̄ no slight pain |  |
|  | and diminished hearing to |  |
|  | right ear. | cy Bill J CNII |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6-22-16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

| Present Facility: STATEVILLE # 218 | Facility where grievance issue occurred: STATEVILLE |
|---|---|

GRIEVANCE OFFICE
JUL 25 2016
2914

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☐ Staff Conduct    ☐ Dietary    ☑ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☐ Other (specify) _____

☐ Disciplinary Report: ___/___/___     _____
       Date of Report                 Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

     **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
     **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
     **Chief Administrative Officer,** only if EMERGENCY grievance.
     **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON THE ABOVE DATE, GRIEVANT GREG COLEMAN #M-21252 (F-218). AWOKE TO DISCOMFORT IN MY RIGHT EAR, I INFORMED THE 2 GALLERY C/O, AND HE TOLD ME "THAT ITS PROBALY NOTHING SO I'M NOT GONE CALL A MED-TECH". I THOUGHT TO MYSELF HE'S PROBALY RIGHT. SO I WENT TO SLEEP. AND ON 6-23-16 I AWOKE UP TO TINGLING AND IMPAIRED HEARING, SO I ASKED THE 2 gallery C/O CAN HE GET ME A MED-TECH AND HE SAID "ITS PROBALY LITTLE CRITTERS IN THERE" LAUGHING ME OFF TOTALLY IGNORING MY CONSTANT PLEA, OF MEDICAL CARE. I CAME OUT THAT NIGHT (2nd SHIFT) AND ASKED THE LIEUTENANT CAN HE SEND ME TO HEALTH CARE. I'VE PUT IN HEALTH CARE REQUEST SLIPS BOTH NIGHTS AND I WASN'T CALLED.

Pg 1 OF 3

**Relief Requested:** TO BE PROVIDED ADEQUATE MEDICAL CARE, FOR THE PAIN AND SUFFERING OF A EARACHE INFECTION FROM A COCKROACH BEING IN MY EAR FOR ALMOST 3 WEEKS, I NEED A EAR X-RAY, A EAR SPECIALIST HELP. A BIG COCKROACH CAME OUT AND A SMALL BABY ROACH AS IF ROACH LAID EGGS IN MY EAR.

☑ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Greg Coleman_           M-21252     6 / 22 / 16
Offender's Signature                ID#            Date

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | |
|---|---|

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

CAUSE, I THINK ITS SOMETHING IN MY EAR AND IT STARTED HURTING A LITTLE BIT. THE LT. TOLD ME TO "TAKE IT TO MY CELL". I TRIED TO EXPLAIN TO HIM OF MY SUFFERING BUT BEFORE I CAN GET ANOTHER WORD OUT THE LT. FIRMLY REPEATED "DIDN'T I JUST SAY TAKE IT TO YOUR CELL". SO I WENT ON TO PREVENT CATCHING A DISOBEYING A DIRECT ORDER TICKET. ON 6-24-16, I BELIEVE IT WAS C/O GREEN (MR.) WHOM HAD 2 GALLERY. OFFICER GREEN WOKE ME UP TO TELL ME THAT I HAD A MENTAL HEALTH PASS. WHEN C/O GREEN WOKE ME UP I HAD A TERRIBLE HEAD ACHE, MY WHOLE RIGHT SIDE OF MY EAR WAS IN PAIN. I ASKED C/O GREEN CAN HE PLEASE SEND ME TO THE HEALTH CARE OR ALLOW ME TO GO TO THE MEN-TECH OFFICE WHICH WAS STILL OPEN. C/O GREEN RETURNED TO MY CELL AFTER I HAD TO DENY MY MENTAL PASS DUE TO THE PAIN AND SUFFERING. HE RETURNED WITH A "REFUSAL" PAPER FOR ME TO SIGN. I ASKED HIM AGAIN MY MEDICAL HELP AND HE TOLD ME TO "JUST SIGN THE PAPER CAUSE THE NURSE IS GONE." THAT WAS A BIG FAT LIE. I CAN SEE THE MED-TECH STATION (OFFICE) FROM MY CELL # 218. I WENT TO SLEEP BECAUSE MY HEAD AND EAR WAS HURTING BAD. ON 6-25-16, I BELIEVE I SPOKE TO OFFICER NOEL (MR) AND I SHOWED HIM MY EAR AND HOW NASTY LOOKING IT WAS AND HE SAID "I'M GOING TO PUT YOU IN FOR SICK CALL". MY EAR WAS LEAKING OUT LIKE PUSSY BLOOD. IT WAS BORE-FULLY SWOLL SLIGHTLY. I ASK NOEL (C/O) FOR SOME ICE AND HE GOT ME SOME. I PUT THE ICE ON MY EAR FOR THE SWELLEN. ON 6-26-16, I WAS IN SO MUCH PAIN AND MY EAR WAS SORE TO THE TOUCH. MY EARBUD COULDN'T BE USED. I ASKED C/O FOOTE TO GET ME A NURSE OR SEND ME TO HEALTH CARE, C/O FOOTE TOLD ME TO; "PUT WATER IN MY EAR, USE THE PALM OF MY HAND TO PLUNG MY EAR, THAN HE SAID; TO ROLL SOME TISSUE UP SO THAT I CAN CLEAN AND FETCH WHAT WAS IN MY EAR". ⑱ AROUND 15 MINUTES LATER C/O FOOTE RETURNED TO MY CELL TO TELL ME THE NURSE WANT TO SEE. I'VE BEEN PUTTING IN REQUEST SLIPS EVERY NIGHT FOR "4" DAYS NOW. I WAS DISORIENTED, AND DIZZY AND IN PAIN. I HAD TO CUP MY EAR MY HEARING WAS COMPLETELY GONE BY NOW. I WENT TO THE MEN-TECH OFFICE. NURSE TIFFANEY ASKED ME MY MEDICAL ISSUE. I SHOWED HER MY EAR AND TOLD HER THAT IT HURTS SO BAD AND MY BRAIN FELS LIKE IT HAS A PULSE. SHE (NURSE TIFFANEY) THAN HAND ME A CO-PAYMENT SLIP IN THE AMOUNT OF $5 FOR MEDICAL SERVICE. NURSE TIFF-ANEY. FUMBLED THREW THE CABINETS AND DRAWERS LOOKING FOR A CERTAIN EAR INSTRU-MENT TO EXAMINE MY EAR DRUM. SHE CAME UP WITH NOTHING AND GOT ON HER WALKIE-TALKIE RADIO AND ASK WHERE WAS THIS INSTRUMENT. SHE THAN SAID TURN THIS WAY, SO I CAN LOOK IN YOUR EAR, NURSE TIFFANEY, THAN ASKED C/O FOOTE FOR HIS FLASHLIGHT TO GET A BETTER LOOK INTO MY EAR, AND UPON LOOKING SHE SAID "THERE'S SOMETHING IN THERE". SHE TOLD C/O FOOTE THAT SHE'LL NEED ME TO GO TO HEALTH CARE. UPON ARRIVING, TO HEALTH CARE, I WAS SEATED IN A CHAIR, NURSE TIFFANEY LOOKED INTO MY EAR AGAIN, NOW HAVING THE EAR INSTRUMENT, SHE SAID "YEAH ITS SOMETHING IN THERE". SHE THEN WENT INTO THE BACK ROOM AND RETURNED WITH SOME EAR DROPS. I ASKED HER CAN I GET

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: 6-22-16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|
| **Present Facility:** STATEVILLE | **Facility where grievance issue occurred:** STATEVILLE P-218 | |

**NATURE OF GRIEVANCE:**

JUL 2 5 2016

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☒ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify) _____ |

☐ Disciplinary Report: ___/___/___
    Date of Report                Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

CONTINUE Pg 2 of 3

C/O FOOTE THAN SAID; " WELL I CAN'T DO NOTHING". I PLEADED WITH HIM TO GET ME A NURSE CAUSE MY HEAD WAS NOW BECOMING DIZZY ON TOP OF PAIN I FELTED AS THO- I WAS GONE FAINT. I INFORMED THE SERGENT ON THE 2nd SHIFT WHOM I BELIEVE IS Sgt HOUSTON (MR.) " SERGENT HOUSTON TOLD ME; HE HAD A REAL BUSY DAY AND HE'll TAKE CARE OF MY ISSUE TOMORROW". MY THROAT STARTED HURTING, I BECAME HORSE, MY NOSE WAS RUNNIE AND I WAS SNEEZING UNCONTROLABLY. MY HEAD WAS BANGING THAT IT HURTED JUST TO KEEP MY EYES OPEN. MY HEARING WAS GONE. ON 6-28-16 I COULDN'T ...

Pg 2 of 3

**Relief Requested:** PROVIDED ADEQUATE MEDICAL CARE FROM THE PAIN AND SUFFERING FOR MY EAR ACHE INFECTION OF ALMOST 3 WEEKS. THE NURSE EXTRACTED A BIG ROACH AND SMALL BABY ROACH AS IF LAID EGGS IN MY EAR. I NEED TO SEE A EAR SPECIALIST AND GET A X-RAY ON MY EAR.

☒ Check **only** if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| G ~~Gregg Coleman~~ | M-21252 | 6 / 22 / 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response** (if applicable) | | |
|---|---|---|
| **Date Received:** ___/___/___ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

**Response:** _____
_____
_____

THINK STRAIGHT. IT HURTED WHEN I TALKED. MY RIGHT EYE STARTED HURTED, THE EAR DROPS WERE CAUSING MY EAR TO LEAK EVEN MORE. I WAS RUNNING THIN ON THE PAIN MEDS. I TALKED TO THE C/O FOR A SECUND, BUT IT HURT SO BAD I GOT DIZZY SO I JUST FELL ASLEEP WHEN I SAW HE TO WAS IGNORING MY CRY OF ITALGIA. ON 6-29-16, I CAME OUT TO CHOW NOT TO EAT. I COULDN'T EAT REALLY DUE TO THE PAIN, SUFFERING AND LACK OF APPETITE. I CAME OUT TO ASK THE SERGENT WHOM I BELIEVE NAME IS MR. PORK. I SAID (ASKED) CAN HE SEND ME TO THE HEALTH CARE OR CALL A MED-TECH CAUSE I ALREADY PAID FOR MEDICAL HELP BUT THE NURSE NEVER FIXED IT. "HE ASKED; WHY NOT?" I REPLIED; "PLEASE CAN YOU MAKE THE CALL SERG." I TOLD HIM MY EAR WAS IN SOME OF THE WORSE PAIN I'VE EVER FELTED. HE SAID "HE CAN'T SEND ME TO HEALTH CARE, BUT HE CAN PUT ME ON SICK CALL". ON 6-30-16, I PUT A COLD TOWL ON MY EAR CAUSE I RAN OUT OF PAIN MEDICATION. I STOPED A OFFICER WALKING ON 2 GALLERY AND I ALMOST CRIED IN HIS FACE TO BECAUSE OF THE PAIN, HE FELT WHAT I WAS GOING THROUGH AND SAID "I'll ASK THE LIUTENANT (HR) CAUSE THATS HIS CALL TO MAKE". THE C/O CAME BACK TO MY CELL AND SAID THE LT. SAID "NO". I WENT TO SLEEP AND WOKE UP, IT WAS 2nd SHIFT. I ASKED C/O SWINGER (HR) TO PLEASE SEND ME TO HEALTH CARE OR GET A MED-TECH OVER HERE. C/O SWINGER CAME WENT TO GO TALK TO THE SERGENT. C/O SWINGER CAME BACK AND SAID, SERG SAID "I'VE BEEN COMPLAINING FOR A WEEK AND IF SOMETHING WAS REALLY WRONG WITH ME, HE WOULD'VE BEEN SENT ME TO HEALTHCARE". I THAN PLEADED WITH C/O ESPERANZOA TO GET ME A LIUTENANT SO THAT I CAN GET MY EAR FIXED. "C/O ESPERA-NOZA JOKINGLY SAID; "YOU NEED INSURANCE FOR HEALTH CARE."" AND LOCKED THE GATE. THE 3rd SHIFT CAME IN AND I WAS AFRAID TO STAND UP BECAUSE I'VE BEEN HAVING DIZZY SPELLS EVERY 20 MINUTES LEAVING ME DISORENTED AND UN-ABLE TO FUNCTION. MY CELLY @ YOUNG #N 00345 SAID THAT I BLACKED OUT AND ALMOST BUST MY HEAD WHEN I FAINTED UNTIL HE CAUGHT. I WOKE UP ON THE FLOOR WITH MY CELLY CALLING FOR A MED-TECH. OTHER INMATES WERE ALSO YELLING "# 218 NEED A MED-TECH". THE SERGENT CAME TO MY CELL, AND HE CAN TELL THAT I WAS IN PAIN AND DISORIENT. SERGENT (UNKNOWN HE WAS A BLK MALE) TOOK MY I.D AND SAID HE'll GET A MED-TECH OVER HERE. I GOT IN MY BUNK TO REST MY HEAD. AROUND 35 MINUTES PASSED AND THIS TALL WHITE C/O WITH THE INITEAL "L" BRUNG ME MY I.D AND TOLD ME THE SERGENT CALLED HEALTH CARE AND THEY TOLD HIM THEY'll BE TO SEE ME AT 1:30AM. I WAS IN TERRIBLE SHAPE AND I BLANKED OUT AGAIN. MY CELLY WOKE ME UP SO I TOLD ME THE NURSE WAS IN THE BUILDING. IT WAS NURSE KRISTA PASSING OUT INSALINE TO DIABETICS. UPON APPROACHING MY CELL. I YELLED TO NURSE "KRISTA" THAT I AM THE ONE SERG. CALLED FOR. SHE SAID "NO ONE CALLED

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 6-22-16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

| Present Facility: STATEVILLE # Y-218 | Facility where grievance issue occurred: STATEVILLE GRIEVANCE OFFICE |
|---|---|

**NATURE OF GRIEVANCE:**

JUL 2.5 2016

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [x] Medical Treatment

- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) ___ STA

- [ ] Disciplinary Report: _____/_____/_____
        Date of Report                          Facility where issued

**Note:**     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

CONTINUE Pg. 3 oF 3.

I ASKED NURSE WENDY FOR SOME MORE GENERIC PAIN MEDS. AND SHE SAID I HAVE

TO CHARGE YOU $5. I TOLD HER I ALREADY PAID B.5. SHE SAID "DO YOU WANT THE MEDS OR

NOT." SO I WENT TO THE MED-TECH STATION AND PAID THE $5. FOR THE PAIN MEDS.

THE PAIN WAS SO OVERWHELMING I BASICALLY RUSHED TO SIGN THE B.5. CO-PAYMENT.

SHE GAVE ME A BLISTER PACK OF MEDS. I FELL A-SLEEP WHEN GETTING BACK IN THE

CELL. ON JULY-2-16. I WAS CALLED TO HEALTH CARE. NURSE KRISTA WAS THE NURSE WHO

WAS GOING TO LOOK INTO MY EAR.

Pg. 3 oF 3

**Relief Requested:** TO BE PROVIDED ADEQUATE MEDICAL CARE TO BE RELIEVED OF THE PAIN AND SUFFERING FROM
EAR INFECTION EARACHE
EARACHE DUE TO A ROACH BEING IN MY EAR. I WOULD LIKE TO SEE A EAR SPECIALIST AND GET A

X-RAY OF MY EAR DUE TO A BIG ROACH BEING PULLED OUT A BABY ROACH AS IF ROACH LAID EGGS.

- [x] Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Greg Coleman | M-21252 | 6 / 22 / 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

| **Counselor's Response (if applicable)** | |
|---|---|

| Date Received: _____/_____/_____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

NURSE KRISTA EXAMINED MY EAR AND SAID "O-BOY". SHE INSTRUCTED FOR ME TO LAY DOWN SO SHE CAN POUR PAROXCIDE INTO MY EAR, TO SOFTEN THE WAX. SHE WARNED ME OF SIZZLING. SHE LET IT SOAK FOR AROUND 5 MINUTES. THAN SHE HAD ME HOLD A PINK PALE TO MY EAR TO CATCH WHAT COMES OUT OF MY EAR. KRISTA SAID "AW MY GOD ITS A ROACH." I FELT SO A-SHAME, EMBARESED AND INSECURE. SHE FLUSHED MY EAR AGAIN AND PIECES OF A ROACH CAME OUT. NURSE KRISTA SAID "OHH" THATS SOME LEGS AND BODY PARTS. SHE FLUSHED IT AGAIN AND ON THIS ONE A SMALL BABY ROACH CAME OUT OF MY EAR. SHE LOOKED IN MY EAR AND SAID ITS STILL SOMETHING IN THERE. SHE FLUSHED MY RIGHT EAR AROUND 6 - 7 TIMES, AND I STILL COULDN'T HEAR AT ALL AND THE PAIN WAS STILL STRONGLY INJURY. I BELIEVE THAT BIG ROACH HAD LATD EGGS IN MY EAR, THAT WHY I WAS A LITTLE ROACH AND BIG ROACH ALONG WITH BODY PARTS OF MORE ROACHS. I TOLD KRISTA TO DOCUMENT THAT SHE TOOK THE ROACHS OUT MY EAR, & KRISTA SAID: SHE WILL DOCUMENT IT. MY EAR WAS IN SO MUCH SORENESS, SHE TOLD ME. SHE'S GOING TO HAVE TO CALL ME BACK ON TI JUN-5-16 TO FINISH THE FLUSHING. I ASKED FOR MORE PAIN PILLS. SHE NURSE KRISTA TOLD ME TO KEEP PUTTING THE DROPS. A MALE NURSE HAD ME ON HIS LIST TO SEE ME AND HE SAID "I DIDN'T NEED IT ANY MORE". HE THAN HANDED ME A REFUSIONAL SLIP TO SIGN. ON, 7-3-16, I ASK C/O FOOTE TO SEE THE MED-TECH IN HOPES THAT ANY NURSE SHOULD BE ABLE TO PERFORM A FLUSHING. MY EAR WAS NASTY LOOKING AND I NEEDED MEDICAL HELP BAD. C/O FOOTE SAID "THEY ALREADY TOOK A ROACH OUT YOUR, AND IT'S STILL MESSED UP" (ON 7-2-16 WHEN I HAD MY EAR FLUSHED I WASN'T GIVEN ANY ANTIBIOTICS OR PAIN MEDICATION, WHEN THE ROACHS WAS PULLED FROM MY EAR). I TOLD C/O FOOTE (7-3-16) CAN HE GET ME A NURSE, C/O FOOTE: TOLD ME I'LL MAKE THE CALL TO THE LT., BUT WERE SHORT OF STAFF DUE TO THE HOLIDAY WEEKEND." I TRY NOT TO GET FRUSTRATED OR DEPRESSLY SADDEN FULL OF RAGE, BUT ITS BEEN 2 WEEKS SINCE THE ROACHS BEEN IN MY EAR. I WAS TWICE BY THE NURSE AND MY EAR IS STILL MUTE, SORE AND IS CAUSING MY HEAD TO HURT REALLY BAD, THE RIGHT SIDE OF MY NECK IS HURTING AND IS STIFF. I'M HAVING DIZZY SPELLS, I'VE FAINTED "3" TIMES SINCE 6-22-16. I AM MENTALLY UNSTABLE. AND TRAUMATIZED AFTER KNOWING THE NURSES AND C/O's KNEW ALL ALONG OF MY CONSTANT CRIES OF PAIN, I WAS SEEN BY NURSE D. HAKEY ON 6-26-16, SHE SAW SOMETHING IN MY EAR AND FAILED TO PROVIDE ADEQUATE MEDICAL-TREATMENT. I WAS AGAIN SEEN BY NURSE KRISTA, SHE PULL A BABY ROACH AND A BIG ROACH & PIECES OF ROACHS OUT OF MY EAR. I STILL HAVE EXTREME SORENESS AND I CAN'T HEAR OUT OF MY RIGHT EAR. THE RIGHT SIDE OF MY HEAD EAR AREA IS DEFECTED. TODAY IS JUN-4-16. AND I TOLD C/O PARCHMAN, I BELIEVE THE BIG ROACH HAD BABIES IN MY EAR AND THEY ATE PARTS OF MY EAR (INNER) DEFECTING MY ORGAN AND HEARING. I CAN SENSE THE SINCERITY IN C/O PARCHMAN VOICE WHEN HE SAID: "I HOPE YOUR OK, THEY SHOULD SEND YOU TO A SPECIALIST OR SOMETHING BECAUSE THAT AINT NOTHING TO PLAY WITH." C/O PARCHMAN THAN TOLD ME TO HANG IN THERE". THE 2ND SHIFT OF JUN-4-16., I RAN OUT OF THE PAIN MEDICATION I PURCHASED FROM WENDY ON 7-1-16, ON 7-2-16 I WAS SEEN BY NURSE KRISTA WHOM POURED PAROXIDE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

F152  F152

| Date: 7/2/2016 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

| Present Facility: STATEVILLE F-#218 | Facility where grievance issue occurred: STATEVILLE F-#218 |
|---|---|

GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☐ Other (specify) _____

☐ Disciplinary Report: ____/____/____
      Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON THE ABOVE DATE, 7/2/2016 GRIEVANT GREG COLEMAN #M-21252 (F-#218), WAS SENT TO HEALTH CARE FOR A EAR FLUSH, FROM AWAKING TO IRRITATION AND DISCOMFRONT IN HIS RIGHT EAR ON 6/22/16. I'VE COMPLAINED CONSTANTY ON A DAILY BASIS TO STAFF. THE GRIEVANCE I AM BRINGING FORTH TODAY IS ABOUT THE INADEQUTE, INCOMPETENT MEDICAL PERFORMANCE OF NURSE KRISTA. ON THE ABOVE DATE, NURSE KRISTA WAS ASSIGNED TO PERFORM A EAR FLUSHING ON ME. NURSE KRISTA PUT PAROXIDE IN MY RIGHT EAR FOR ABOUT 3 MINUTES. NURSE KRISTA THAN PUT A TOWL LIKE NAPLIN UNDER MY RIGHT SIDE COLLAR AND ASKD ME TO HOLD A PINK PALE BLUCKET UNDER CONTENUE BACK 1OF1

**Relief Requested:** TO SEE A EAR SPECIALIST, TO BE PROVIDED PAIN MEDICATION, ANTI-BIOTICS AND TO BE PROVIDED ADEQUATE MEDICAL CARE. ~~AND FOR ANY MEDICAL RECORDS TO BE~~ FOR MY MEDICAL RECORDS TO NEVER BE IN THE HANDS OF THIS NURSE "KRISTA."

☑ Check **only** if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Greg Coleman_      M-21252    7/2/16
Offender's Signature        ID#      Date

*(Continue on reverse side if necessary)*

---

| **Counselor's Response** (if applicable) | |
|---|---|

**Date Received:** ____/____/____    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** _____
_____
_____

MY RIGHT EAR AS SHE PROCEEDED TO FLUSH MY EAR, A BIG BROWN ROACH CAME OUT OF MY EAR ALONG WITH PIECES OF ANOTHER ROACH. SHE FLUSHED IT AGAIN [2] AND NURSE KRISTA SAID "O GOD ANOTHER ONE" SHE FLUSHED A SMALL BABY ROACH OUT THEN. I TOLD NURSE KRISTA THAT I AM EMBARRASS TO HAVE ~~ANOTHER~~ ROACHS IN MY EAR. I ASKED HER CAN SHE DO IT A FEW MORE TIMES CAUSE ITS STILL HURT AND I CANT HEAR AT ALL. NURSE KRISTA FLUSHED MY EAR AGAIN IN THE PINK BUCKET WAS MORE BODY PARTS OF A ROACHS 'NURSE KRISTA EVEN SAID" THERE'S A LEG" SHE FLUSHED AGAIN AND SAID "OK YOUR GOOD TO GO". I TOLD NURSE KRISTA THAT I STILL COULD'NT HEAR AND CAN SHE GIVE ME SOMETHING FOR PAIN AND INFECTION. NURSE KRISTA DENIED ME SUCH. I THEN ASKED NURSE KRISTA TO PLEASE DOCUMENT THAT SHE JUST FLUSHED 2 ROACHS AND ROACH BODY PARTS OUT OF MY EAR. SHE SAID SHE WILL DOCUMENT. NURSE KRISTA SAID SHE WAS PUTTING ME BACK IN BECAUSE SHE WASN'T ABLE TO REMOVE ALL OF THE ROACHS. ON 7/5/16., I WAS NOT ON THE LIST FOR HEALTH CARE, BUT I WAS GIVING A PASS FOR 7/5/16 UPON ENTERING HEALTH CARE NURSE LYDIA TOOK MY VITALS. I WAS THAN SEEN DOCTOR WILLIAMS WHOM ASKED WHAT WAS MY MEDICAL ISSUE? I TOLD HER WHAT (THE ROACHS) NURSE KRISTA PULLED OUT OF MY EAR. SHE CHECKED MY FILE AND SAID THEIR IS NO DOCUMENT ABOUT GETTING ANY ROACHS OUT OF YOUR EAR. IT ONLY SAYS "HARD BROWN SUB-STANCE AND TISSUE". I THEN TOLD DOCTOR WILLIAMS "THATS NOT RIGHT., NURSE KRISTA TOOK A BIG AND SMALL ROACH OUT OF MY RIGHT EAR" ALONG WITH BODY PARTS. DOCTOR WILLIAMS THAN LOOKED IN MY RIGHT EAR AND DOCTOR WILLIAMS SAID," I SEE A FEW LITTLE ONES BACK THERE". DOCTOR WILLIAMS SAID," I CANT SEND YOU BACK TO YOUR CELL LIKE THAT." DOC. WILLIAMS PUT ME IN TO BE SEEN THAT DAY. NEXT SHIFT 3PM – 11PM CAME IN AND NURSE VIRGINIA SAW ME AND PUT PAROXIDE IN MY EAR AND PUT A TOWL LIKE NAPKIN UNDER MY COLLAR AND TOLD ME TO HOLD THE PINK BUCKET AS NURSE VIRGINIA FLUSHED MY EAR., THE 1ST TRY NOTHING REALLY CAME OUT., ON THE 2ND TRY TWO (2) BABY ROACHS CAME OUT. NURSE VIRGINIA " UTTERED IN SUPRISE, 2 LITTLE BUGS" I TOLD HER THAT I AM A-SHAMED, NURSE VIRGINIA [2] TOLD ME "TO NOT FELL A-SHAMED". I ASKED VIRGINIA CAN SHE PLEASE DOCUMENT THIS., SHE SAID THAT SHE WILL. DUE TO NURSE KRISTA BETRAYL AND LIES FORCED ME TO NOT BELIEVE NURSE VIRGINA EVEN THO., I WOULD HAVE. BEING THAT NURSE KRISTA IS APART OF THE HEALTH CARE UNIT IN STATEVILLE AND HOW SHE VIOLATED MY 8TH AMENDMENT OF THE UNITED STATES CONSTITUTION AND THE VIOLATION OF MY OFFENDER BILL OF RIGHTS., BROUGHT ME TO 2ND GUESS THE PROFFESSIONLISH OF NURSE VIRGINIA WHEN SHE ACTUALLY WAS PROFFESSIONAL WHEN SHE GAVE ME MEDICAL TREATMENT. DOCTOR WILLIAMS AND NURSE LYDIA WAS PROFFESSIONAL. NURSE KRISTA PUT MY MENTAL AND PHYSICALL HEALTH IN JEOPRDY WHEN SHE INTENTIONALLY FAILED TO PROVIDE IN MY MEDICAL FILE THAT SHE PULLED 2 ROACHS OUT OF MY EAR. HOW CAN I RECIEVE ADEQUATE MEDICAL SERVICE IF MY NURSE DON'T PUT THE ACCURRATE RESULTS OF MY INJURY. THIS ROACH HAD TO HAVE HAD BABIES IN MY EAR AND SHE INTENTIONALLY (NURSE KRISTA) DIDN'T PUT THAT SHE TOOK ROACHS OUT OF MY EAR. ON 7/5/16 WHEN NURSE VIRGINIA TOOK THE TWO BABY ROACHS OUT OF MY EAR., DESPITE TELLING ME SHE DOCUMENTED THE TWO ROACHS., I ASKED FOR A LT. OVER HEALTH CARE ON 3PM – 11PM SHIFT WHICH WAS LT. KIRK., ACTING SERGENT. COLEMAN AND C/O MS. PARKER., I STAYED

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO COMMITTED PERSON'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** 11/2/16          **Date of Review:** 12/26/16          Grievance # H1045

**Committed Person:** Greg Coleman                                        ID #: M21252

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant claims on a grievance written 7/11/16 that roaches were in his ear for 15 days prior to being seen. He wants to see an ear specialist.

**Grievance Officer finds that** per Medical Staff, "The offender was seen by nurse sick call on 6/26/16 and was brought up to health care to look in ear. Per the note large amount of hard wax was present and unable to see into ear. Medication given to soften wax and to have it slushed out on 7/2/16. Per the note on 7/2/16 his ear was flushed out and scheduled to be seen on MD/SC. Seen PA Williams 7/5/16 medication given, no follow up. He was seen by Dr. Obaisi on 7/11/16 medication ordered no mention of sending him out at that time. If offender has any more issues he should follow the proper sick call procedures including co-pay."

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:**          **No action as grievant appears to be receiving medical care at this time.**

Anna McBee, CCII
          Print Grievance Officer's Name                                    Grievance Officer's Signature
          **(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12/27/16          ☑ I concur          ☐ I do not concur          ☐ Remand

**Comments:**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: 7 - 11 - 16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE |
|---|---|

**NATURE OF GRIEVANCE:**

GRIEVANCE OFFICE

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☑ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

☐ Disciplinary Report: ____/____/____
Date of Report

Facility where issued STA# #1045

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON THE ABOVE DATE GRIEVANT GREG COLEMAN #M-21252 (E-702), WAS SEEN BY THE DIRECTOR OF HEALTH CARE IN STATEVILLE DR. S. OBAISI. MY APPOINTMENT FOR SEEING DR. S. OBAISI DERIVED FROM A FEW ROACHS THAT WAS EXTRACTED OUT OF MY EAR BY NURSE VIRGINIA AND DR. WILLIAMS ON, 7-5-16. THE ROACHS WAS IN MY EAR FOR 15 DAYS PRIOR TO ME SEEING A NURSE. I WAS SEEN ON — 6-26-16 BY NURSE TIFFANY, I WASN'T GIVING ANY MEDICAL TREATMENT DESPITE HER SEEING BUGS IN MY EAR. SHE PUT ME IN ON 7-2-16, AND I WAS SEEN BY NURSE KRISTA. WHOM EXTRACTED ROACHS (BUGS) AND BUG BODY PARTS OUT OF MY RIGHT

CONTINUE BACK

**Relief Requested:** TO BE SEEN BY A EAR SPECIALIST OUTSIDE OF STATEVILLE. FOR DOCTOR S. OBAISI TO BE DEMOTED AS THE DIRECTOR. TO BE RECEIVE EAR TREATMENT SECTIONS SO THAT MY HEARING CAN COME BACK.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Greg Coleman | M-21252 | 9, 5, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | | |
|---|---|---|

| Date Received: 9/26/16 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277 |
|---|---|---|

**Response:** A copy of this grievance has been forwarded to the HCU for review, and response and the original grievance has been forwarded to the Grievance office. There is no need to send your copy to the Grievance office, or the HCU. You will receive a final response from the Grievance office when the HCU responds to same.

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE (Continued)

EAR. I STILL COULDN'T HEAR AND MY EAR STILL HURTED REALLY BAD. I WAS SEEN ON 7-5-16 AND I FOUND OUT NURSE KRISTA FAILED TO DOCUMENT MY DISCOVERY AND INJURY. I ASKED DR. WILLIAMS HOW AM I TO RECEIVE THE ADEQUATE MEDICAL TREATMENT IF MY INJURY ISN'T DOCUMENTED? SHE EXAMINED MY RIGHT EAR, SAW BUGS IN THE BACK OF IT AND IMMEDIATELY PUT ME IN TO BE SEEN BY NURSE VIRGINIA WHOM DOCUMENTED MY INJURY AND DISCOVERY. I TOLD NURSE VIRGINIA THAT MY EAR WAS IN SEVERE PAIN AND I STILL COULDN'T HEAR. SHE PUT ME IN TO BE SEEN ON 7-10-16 BY NURSE WENDY, PAIGE, LESLIE AND LYDIA. NURSE WENDY DID MY FLUSHING AND UPON EXAMINING MY EAR WITH A TOOL INSTRUMENT SHE BECAME DISGUSTED WITH THE INFECTION OF MY EAR AND TOLD ALL THE NURSE'S TO LOOK IN MY EAR. THEY ALL WERE SHOCKED AT HOW INFECTED MY EAR WAS ESPECIALLY NURSE PAIGE. THEY PUT ME TO BE SEEN BY THE DIRECTOR OVER HEALTH CARE DOCTOR. S. OBAISI. I TOLD HIM ABOUT ALL OF EVENTS THAT TRASPIRED ABOUT MY RIGHT EAR ON 6-22-16, UP TILL 7-11-16. AND DR. OBAISI TOLD ME THAT I WAS LIEING ABOUT HAVING BUGS IN MY EAR. AND THIS GRIEVANCE IS ABOUT HIM AND HIS INCOMPETENCE AS THE DIRECTOR. THIS GRIEVANCE HAS BEEN TIMELY FILED, WITH IN 60 DAYS.

DR. OBAISI VIOLATED MY TRUST AND MEDICAL ATTENTION ONCE HE TOLD ME HIS STAFF DIDN'T EXTRACT ANY ROACHS OUT OF MY RIGHT EAR. HE CALLED ME A LIAR AND TOLD ME EVEN THOUGH MY EAR IS BADLY INFECTED IT DID NOT COME FROM BUGS. HE GOT LOUD WITH ME AND NURSE PAIGE TOLD DR. OBAISI THAT NURSE WENDY + LESLIE DID IN FACT EXTRACT BUGS AND BUG BODY PARTS OUT OF MY EAR. DR. OBAISI WAS NOT PRESENT FOR MY EXTRACTION BUT NURSE PAIGE WAS PRESENT. I TOLD DR. OBAISI I BELIEVE A ROACH LAID EGGS (BABIES) IN MY EAR BECAUSE EVERY EXTRACTION BODY PARTS, BABY ROACHS AND A BIG ROACH CAME OUT. DR. OBAISI TOLD ME IT WAS IMPOSSIBLE FOR THAT TO HAPPEN. DR. OBAISI WAS THUMBING THROUGH MY MEDICAL FILE AND SAID HE CANT UNDERSTAND WHY NURSE VIRGINIA AND DR. WILLIAMS DOCUMENTED THAT I HAD BUGS IN MY EAR. I ASKED FOR A CRISES TEAM BECAUSE DR. OBAISI FAILED TO PROVIDE ADEQUATE TREATMENT. ONCE HE SAW THAT NURSE VIRGINIA & DR. WILLIAMS DOCUMENTED MY INJURY HE GAVE ME THE VIBE LIKE HE WAS GOING TO RIP THE DOCUMENTED INJURY OUT OF MY FILE. DR. OBAISI TOLD ME HE WILL NOT SEE ME AGAIN ABOUT THIS ISSUE. I TOLD HIM MY EAR HURTS AND THAT I STILL CAN NOT HEAR AT ALL. HE PRESCRIBED ME SOME ANTIBIOTIC EAR DROPS AND TOLD ME MY HEARING WILL BE BACK IN A MONTH. I WAS SEEN BY NURSE (DR.) MARTIJA. SHE SAID MY EAR WAS HEALING, AND THAT MY HEARING WILL COME BACK NEXT MONTH. TODAY IS 7-5-16. AND HEARING IS STILL OUT. I CANT HEAR AS MUCH. I WAS SEEN ABOUT BOWL MOVEMENT AND I ASKED A MALE NURSE TO EXAMINE MY EAR AND TOLD ME MY EAR IS STILL BLOODY RED AND INFECTED. I STILL CANT HEAR. I AM CONTINUEING HUMBLY REQUESTING A LIE DETECTOR TEST TO SHOW THESE ALLEGATIONS ARE TRUE. I STILL CANT HEAR AND I NEED TO SEE A EAR SPECIALIST. I CANT SLEEP CAUSE I'M SCARED OF MORE ROACHS CRAWLING IN MY EAR MY MENTAL IS OFF AND I CANT SLEEP. I NEED OUT SIDE HELP BECAUSE DR. OBAISI IS THE DIRECTOR OVER STATEVILLE HEALTH CARE.

RECEIVED

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

OCT 0 4 2016

| Date: 6-17-16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

ADMINISTRATIVE
REVIEW BOARD

| Present Facility: STATEVILLE # F-218 | Facility where grievance issue occurred: STATEVILLE |
|---|---|

GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

☐ Personal Property        ☐ Mail Handling          ☐ Restoration of Good Time     ☑ ADA Disability Accommodation
☐ Staff Conduct            ☐ Dietary                ☐ Medical Treatment            ☐ HIPAA     GRIEVANCE OFFICE
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator     ☑ Other (specify): PORTA-POTTYS - REIMBURSHED

STAFF _____     SEP 27 2016

☐ Disciplinary Report: _____     _____
                        Date of Report        Facility where issued

3913

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

ON THE ABOVE DATE GRIEVANT GREG COLEMAN (# M-21252) WAS IN FRANK # 145. AT THE TIME GRIEVANT WAS IN SEGREGATION. THE FACILITY ALLOWS PRISONERS TO GOE TO A SMALL YARD FOR 5 HOURS. WHILE 2 HOURS INTO YARD MY STOMACH STARTED HURTING, I HAD GAS, CRAMPS AND THE BUBBLE GUTS, SO I GOT THE ATTENTION OF THE C/O IN THE TOWER TO CALL FOR ME A ESCORT, SO THAT I CAN USE IT. TO MY KNOWLEDGE IT WAS OFFICER GREEN (MR). I ASK MR. GREEN AND HE TOLD ME "WHY THE FUCK YOU COME OUT HERE MAN," I TOLD HIM THAT I HATE BEING IN THE CELL AND CAN HE GET ME A ESCORT. HE CLOSED THE WINDOW. 20 MINUTES APROXIMATELY PASSED BY AND I CAN FEEL MY STOMACH TURNING...

CONTINUE BACK 1 of 1

**Relief Requested:** FOR PORTA-POTTYS TO BE PUT ON EVERY SEG. YARD AND TO BE RE-IMBURSHED FOR MY CLOTHES AND NIKE AIR FORCE ONES "9" THAT I PAID FOR OFF COMMISSARY.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Greg Coleman | M-21252 | 6, 12, 16 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

| Date Received: 8, 24, 16 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: This grievance is untimely filed _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

ON JUNE - 4 - 2016, I WAS ON THE SEG YARD AND I WAS IGNORED BY THE TOWER FOR 3 HOURS OF COMPLAING I WAS FORCED TO DEFECATE ON MYSELF AND I WAS HUMILIATED, DEPRESSELY ASHAMED AND I WAS AND STILL TO THIS DAY SOCIALLY EMBARRASED. OTHER INMATES PICKED ON ME.)

I AM ON PSYCHOTROPIC MEDICATION AND IT CAN CAUSE ONE TO HAVE DIARREAH. THE SAME GUYS THAT WAS ON THE YARD ON 6-4-16 WHEN I DEFECATED ON MYSELF WAS PRESENT ON 6-12-16. THEY ASSISTED ME WITH TRING TO GET C/O GREEN TO CALL ME A ESCORT. I CALLED GREEN AND SAID "C/O I GOT TO SHIT REAL BAD AND YOU WANT TO PLAY" MR. GREEN THAN THREW A ROLL OF TISSUE OUT THE TOWER WINDOW AND SAID "SHIT ON THE BASKETBALL COURT." AND HE CLOSED THE WINDOW. ME AND OTHER INMATES STARTED YELLING TO THE TOWER AT MR. GREEN. 15 MINUTES LATER HE CAME BACK AFTER MY CONSTANT CRIES OF HAVING TO USE IT. I ASK GREEN TO MAKE "THE CALL FOR ME, I TOLD HIM THE PHONE IS RIGHT THERE C/O". MR GREEN THAN SAID "A REAL MAN SHOULD BE ABLE TO HIS SHIT." HE WAS STILL IN THE WINDOW SO I ASK FOR HIS BADGE# AND HE REPLIED "THAT ITS ALMOST TIME TO GO BACK IN THE CELL ANYWAY SO HOLD IT." HUMAN NATURE AND MY MEDS TOOK CONTROL OVER MY BODY, SO I WENT IN THE CORNER OPENED MY JUMPSUITE & TOOK MY DAGO T-SHIRT OFF ALONG WITH MY DRAWS, SOCKS AND JUMPSUITE SO I WONT RUINE THEM LIKE LAST TIME. I HAD MY FRESH AIR FORCE ONE SHOES ON AND I SQUATED AND I HAD THE RUNS REAL BAD AND THE FECKS WAS HITTING THE GROUND SPLASHING ON MY LEGS, IN MY SHOES ON MY SHOE STRINGS AND ON MY THIGHS AND STUFF. I PISSED ALL (BOUNCED) ON MY SHOES, LEGS AND BUTTOCKS AND ANKLES. WHEN I STOOD UP, INMATES STARTED CALLING ME A "FAG" FOR EXPOSING MY BUTT AND PENIS. ONE DUDE CALLED ME "LOOSE BOOTY" AND THAT, "I MUST'VE BEEN TAMPARED WITH." I HAD TO WIPE MY BEHIND WITH MY SOCKS WHICH WASN'T ENOUGH SO I USED MY DAGO T-SHIRT TO WIPE THE SPIECES THAT SPLASHED ON MY ANKLE & THIGHS & LEGS. AS I WAS BENDING OVER ONE DUDE SAID "ON MY MAMA YOUR A FAG JOE, YOU DID THAT SHIT LAST WEEK." I PULLED MY JUMPSUITE BACK UP AND TRIED TO GET SOME WATER OUT THE COOLER. A DUDE WAS "ON MY MAMA DONT TOUCH THAT COOLER WITH YO SHITTY BOOTY HANDS", I ASKED CAN HE DO IT FOR ME. HE TOLD ME THAT "HE DONT FUCK WITH GAY MAUHFUCKAS." I STARTED CRING, CAUSE I WAS MENTALLY DEFEATED AND DEPRESSEDLY ASHAMED AND I COULDNT STAND IT ONE MORE MINUTE. THOSE GUYS CAME IN THE CELL HOUSE AND YELLED TO THEIR GUYS IN THE CELL THAT I SHITTED AGAIN. I DONT GO TO CHOW, SHOWER, YARDS OR HEALTH CARE AS MUCH BECAUSE OF I'M BEING MADE FUN OF. I SPEND MY NIGHTS CRING AT TIMES OUT OF EMBARRESSMENT. I'VE TOLD MY PSYC. DOCTOR TO UP MY DOSAGE ON MY MEDICATION. I WAS GOING TO WRITE THESE INCIDENTS UP, BUT THIS IS THE 2ND TIME THAT I'VE BEEN HUMILI-ATED AND MENTALLY AND SOCIALLY TRAUMATIZED. I ONLY HAVE 1 PAIR OF SHOES LEFT BECAUSE I

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

| Date: 6-10-16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

| Present Facility: STATEVILLE | Facility where grievance Issue occurred: STATEVILLE |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☑ Other (specify): CONDITIONS

- ☐ Disciplinary Report: _____ / _____
  Date of Report                    Facility where issued

SEP 27 2016    3912

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

THIS GRIEVANCE IS AGAINST THE CURRENT DIRECTOR OF I.D.O.C., THE CURRENT DEPUTY DIRECTOR FOR THE NORTHERN DISTRICT OF IDOC, WARDEN RANDY PFISTER STATEVILLES CURRENT CHEIF ENGINEER AND STATEVILLE'S WATER SUPPLY OPERATER (ALL NAMES ARE UNKNOWN TO GRIEVANT, BUT CAN BE IDENTIFIED BY THEIR JOB TITLES. THE CURRENT MAJOR ASSIGNED TO F-HOUSE & LT. BROWN AND ANY ONE ELSE WHO IS RESPONSIBLE FOR THE CONDITIONS OF F-HOUSE DESCRIBED BELOW. I AM CURRENTLY HOUSED IN F-HOUSE. THIS GRIEVANCE CONCERNS THE OVER-ALL CONDITION. THIS GRIEVANCE IS TIMELY FILED. THE CONDITIONS OF F-HOUSE IS NOT HEALTHY FOR →

CONTINUE Pg 1 of 2

**Relief Requested:** FOR THE CONDITIONS OF FRANK HOUSE TO BE FIXED.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Greg Coleman                    M-21252          6, 10, 16
Offender's Signature              ID#              Date

(Continue on reverse side if necessary)

---

| **Counselor's Response (if applicable)** |
|---|

Date Received: 8, 24, 16    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _This grievance is untimely filed._

A HUMAN BEING TO LIVE IN AND BREATH IN. THESE CONDITIONS ARE DEPLORABLE, UNCONSTITUTIONAL AND PLACING MY PHYSICAL AND PSYCHOLOGICAL WELL BEING IN IRREPARABLE HARM THAT POSES A SUBSTANTIAL RISK TO MY HEALTH (I'VE FILED THIS COMPLAINT BEFORE WITH COUNSELOR "MS. HARRIS" BUT SHE NEVER SENT IT BACK). THE WATER IS BROWN IN COLOR, FOUL SMELLING, IT TASTES LIKE A OVERLOAD OF CHLORINE, CHLORIDE OR SOME CHEMICALS. THATS CREATING THE COLOR, SMELL AND TASTE. I BELIEVE THIS WATER IS CONTAMINATED WITH "LEAD" AS IF OUR (THE PRISON & HOUSE) WATER SUPPLIER PIPELINE IS CONNECTED TO "FLINT MICHIGAN." EVERY TIME I DRINK THIS WATER, I BECOME FATIGUE, NAUSEAS, CRAMPS, DIARHEA AND CONSTANT STOMACH PAINS. THIS HOUSE AND CELLS HAVE MOLD IN MANY AREAS THROUGHOUT THE HOUSE & CELLS AND IS VISABLE TO THE EYE. MOLD HAS BEEN KNOWN TO CAUSE RESPIRATORY ILLNESS. IN THE BASEMENT AND SINGLE GALLERY SHOWERS HAS MOLD, RUST AND BROKEN OUT WINDOWS. THIS HOUSE IS ANCIENT AND DELAPEDATED. THE PAINT IS OLD AND CHIPPED THATS FULL OF LEAD BASED BACKINGS UNDER THOSE LAYERS. AND WHEN WIPPING THE WALL IT IGNITES THE MOLD FORCING ME TO BREATH IN MOLD. THE PAINT CHIPS GETS GROUNDED UP INTO FINE PARTICLES THAT I INHALE AND DIGEST 23 HOURS A DAY. THE WINDOWS IN THE SHOWERS ARE RUSTED AND BROKEN OUT WITH GLASS AND WIRES STICKING FROM THE WINDOW FRAME, THIS IS PUTTING ME AT A SECURITY RISK AND IS A HEALTH HAZARD FOR MY PORS IS OPEN MAKING ME VULNERABLE TO BECOME SICKLY ILL. THE RUST CAUSES A RISK TO MY HEALTH CARE. THIS CELL HOUSE IS INFESTED WITH MICES, COCKROACHS, SPIDERS AND THERE'S EVEN BIRDS FLYING AROUND. THE BIRDS FECES ARE COVER ON THE C/O TOWER. THE BIRDS AT TIMES HAVE FLOWN ON MY CHUCK HOLE DUE TO A COMMISSARY FOOD ITEM OR PRISON TRAY BEING ON MY CHUCKHOLE AS TRASH. THE BIRD'S DROPPINGS ARE ON THE RAILS THAT SURROUND THE CELL HOUSE. THE DROPPINGS FALLS FROM THE TOWER AND RAILS SO WHEN CELL HOUSE HELP BUFFS THE FLOOR I BREATH IN THE DROPPINGS. I HAVE BEEN IN SOME CELLS WHERE AS ITS AROUND 40 TO 50 COCKROACHS VISABLE TO THE EYES AT ONE TIME. THEY LEAVE ROACH EGGS ON MY LEGAL PAPER THEY GET IN MY FOOD, THAT I BOUGHT FORCING ME TO THROW IT AWAY, THE COCKROACHES CRAWLS ON ME AT NIGHT WHILE SLEEP. THE MICES GETS IN MY BOX AND RUINS MY CLOTHES, SHOES COMMISSARY AND LEGAL PAPERS AND SENTIMENTAL VALUE MATERIALS. THE MICES CHEW THREW A LOT OF MY THINGS WHEN THEIR IN ATTACK MODE LEAVING ME TO HAVING THROWN AWAY MY MERCHANDISE. MY FAMILY PAID THEIR HARD EARN MONEY, ALL DUE TO THESE BOGUS CONDITIONS. THERE IS NOT ANY PORTA POTTYS ON THE SEGREGATION YARDS LEAVING ME TO URINIATE AND DEFECATE ON MYSELF OR YARD (C6-4-16) (IS A INCIDENT OF SUCH). THE SEG. JUMPSUITES BE TORN DIRTY AND NASTY SMELLING. THE DESK STOOLS DONT HAVE TOPS (A SEAT) ON THEM. LEAVING A METAL SHARP "4" POINTY EDGE FOR A PRISONER TO EASILY SERIOUSLY HURT HIMSELF. THE MATTRESSES ARE FLAT, PISSY, LUMPY AND FOUL SMELLING AND IS VERY UNCOMFORTABLE. I HAVE A SINUS PROBLEM CONSTANTLY SNEEZING FROM THE POLLUTION OF DUST, RUST, MOLD, BIRD DROPPINGS, AND THE LACK OF ADEQUATE SANITIZING PRODUCTS THAT THE PRISON IS REQUIRED TO PROVIDE. THE ROUNDHOUSE

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE

F152

| Date: 6-10-16 | Offender: (Please Print) GREG COLEMAN | ID#: M-21252 |
|---|---|---|

| Present Facility: STATEVILLE # F-218 | Facility where grievance issue occurred: STATEVILLE |
|---|---|

GRIEVANCE OFFICE

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: _____
  Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] HIPAA GRIEVANCE OFFICE
- [x] Other (specify): CONDITIONS

STA # __

SEP 27 2016

Facility where issued 39/2 80104

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

CONTINUE Pg 2 of 2

THE ROUND HOUSE AMPLIFIES NOISE AND THE OFFICER FAILS TO ENFORCE THE NOISE VIOLATIONS. SUBJECTING ME TO SUCH NOISE, AND CONDITIONS IS CRUEL AND UNUSUAL PUNISHMENT WHICH IS A VIOLATION OF MY CONSTITUTION. THE LIGHTS NEVER IS TURNED OFF THIS ALONG WITH THE EXTREMELY LOUD NOISE CAUSE ME TO HAVE SLEEP DEPRIVATION. WHEN OFFICERS COUNT AT 7:30AM, 3:30PM AND 11:30PM THEY WAKES US UP MAKING IT HARD FOR ME TO GO BACK TO SLEEP CONSIDERING THE CHOWS AND MOVEMENTS OF THE DAY.

CONTINUE Pg 2 OF 2

**Relief Requested:** FOR THE CONDITIONS OF F-HOUSE TO BE FIXED.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_Greg Coleman_
Offender's Signature

M-21252
ID#

6 / 10 / 16
Date

(Continue on reverse side if necessary)

RECEIVED ADMINISTRATIVE REVIEW BOARD 10 4 2016

---

**Counselor's Response** (if applicable)

Date Received: 8, 24, 16

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _This grievance is untimely filed_

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

THE BIRDS BE CHIRPING AWAY. I BARELY SLEEP AND THE LACK OF SLEEP IS CAUSING ME TO BE MORE IRRITABLE EEE TOWARDS STAFF AND PRISONERS. THE LACK OF PROPER SLEEP CAUSES ME HAVE HEADACHES ON THE DAILY AND THE LACK OF PROPER SLEEP IS THERE COMPROMISING TO MY IMMUNE SYSTEM. A SLEEP DEPRIVED, IRRITABLE POPULATION CREATES A HOSTILE ENVIORMENT, THAT BREADS CONFLICT AND PHYSICAL ALTERCATIONS, THAT PLACES MY PSYCHOLOGICAL AND PHYSICAL JEPO JEOPRDY. WHEN IT RAINS WATER RUNS DOWN THE WALL. THE CLEANING SUPPLIES ARE DILUTED WITH ALMOST WATER, LEAVING MY HEALTH TO STILL BE AT A HIGHER RISK OF INFECTIONS. THE LACK OF ASSISTANCE WITH IN THE ROUND HOUSE FROM STAFF IS AGAINST POLICY AND THE RULES. I'VE INFORMED MAJOR TORESE (MS) AND LIEUENAT BROWN (MR) ABOUT THIS COMPLAINT CONCERNING THE CONDITIONS OF THE ROUND HOUSE. AND THEY BOTH KNOWS ABOUT IT, BUT NO ONE CARES. THEIR RESPONSES ARE EVIDENT OF THE INDIFFERENT ATTITUDE THE PEOPLE RESPONSIBLE FOR THE CONDITIONS BEEP OF F-HOUSE. THESE CONDITIONS ARE INHUMAN AND PLACING MY PERSON IN SUCH ENVIORMENT "KNOWNINGLY" OF THE DEPLORABLE CONDITIONS IS EYE TO EYE WITH CRUEL AND UNUSUALE PUNISHMENT.

Respectfully

Traa Coleman # M-21252
F-218