**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GREG COLEMAN**, | ) |
| Plaintiff, | ) 1:17-cv-00528 |
| v. | ) Judge Gary Feinerman |
| **RANDY PFISTER**, sued in his individual capacity; **GHALIAH OBAISI**, Independent Executor and substituted as a party defendant for Saleh Obaisi, M.D.; **WEXFORD HEALTH SOURCES, INC.**; **JERMIAGH DALY**, sued in his individual capacity; **NICHOLAS LAMB**, sued in his individual capacity; **KENNETH HARRIS**, sued in his individual capacity; **RICARDO TEJEDA**, sued in his individual capacity; **NOEL ACOSTA**, sued in his individual capacity; and **JOHN DOES**, currently unknown employees of the Illinois Department of Corrections or Wexford Health Sources, Inc., | ) |
| Defendants. | ) |

**PLAINTIFF GREG COLEMAN'S UNOPPOSED MOTION TO FILE UNDER SEAL**

Plaintiff Greg Coleman ("Plaintiff") respectfully moves this Court pursuant to Local Rule 26.2 for leave to electronically file under seal Exhibit C to the Joint Status Report Regarding *Pavey* Issues ("Joint Status Report"). In support of this motion, Plaintiff states as follows:

1. On January 10, 2020, Plaintiff filed the Joint Status Report.

2. Exhibit C contains Plaintiff's confidential medical information.

3. Pursuant to Local Rule 26.2(c), Plaintiff filed Exhibit C provisionally under seal.

4. Pursuant to Local Rule 26.2(e), Plaintiff will provide a "complete version [of the sealed documents], without any redactions made to create the public-record version" to the Defendants and this Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion and enter an order allowing Plaintiff leave to file Exhibit C under seal.

Dated: January 10, 2020

Respectfully submitted,

GREG COLEMAN

By: /s/ *Stephen R. Brown*
Debbie L. Berman
Stephen R. Brown
Matthew T. Gordon
Regina M. Wood
Huiyi Chen
Michael F. Linden
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 222-9350
Facsimile: 312 840-8736
dberman@jenner.com
stephenbrown@jenner.com
mgordon@jenner.com
rwood@jenner.com
hchen@jenner.com
mlinden@jenner.com