# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **GREG COLEMAN**, | ) |
| Plaintiff, | ) 1:17-cv-00528 |
| v. | ) Judge Gary Feinerman |
| **RANDY PFISTER**, sued in his individual capacity; **GHALIAH OBAISI**, Independent Executor and substituted as a party defendant for Saleh Obaisi, M.D.; **WEXFORD HEALTH SOURCES, INC.**; **JERMIAGH DALY**, sued in his individual capacity; **NICHOLAS LAMB**, sued in his individual capacity; **KENNETH HARRIS**, sued in his individual capacity; **RICARDO TEJEDA**, sued in his individual capacity; **NOEL ACOSTA**, sued in his individual capacity; and **JOHN DOES**, currently unknown employees of the Illinois Department of Corrections or Wexford Health Sources, Inc., | ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF STEPHEN R. BROWN

Pursuant to Local Rule 83.17, Stephen R. Brown respectfully requests leave to withdraw his appearance on behalf of Plaintiff Greg Coleman. The other attorneys of Jenner & Block LLP who have appeared for Plaintiff will continue to act as counsel for Plaintiff, and Plaintiff will not be prejudiced by Mr. Brown's withdrawal. As of September 4, 2020, Mr. Brown will no longer be associated with the law firm of Jenner & Block LLP.

Dated: September 2, 2020  Respectfully submitted,

 /s/ Stephen R. Brown

Stephen R. Brown
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 840-7282
stephenbrown@jenner.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2020, a true copy of the foregoing was served via ECF on counsel for Ghaliah Obaisi, Wexford Health Sources, Inc., Randy Pfister, Jermiagh Daly, Nicholas Lamb, Kenneth Harris, Ricardo Tejeda, and Noel Acosta:

Matthew Weller, mweller@cassiday.com

Ronald Neroda, rneroda@cassiday.com

Brett Furmanski, bfurmanski@cassiday.com

Andrew O'Donnell, AODonnell@atg.state.il.us

    /s/ Stephen R. Brown
Stephen R. Brown
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 840-7282
stephenbrown@jenner.com