UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **GREG COLEMAN**, | ) | |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00528 |
| | ) | |
| v. | ) | |
| | ) | Judge Gary Feinerman |
| **RANDY PFISTER**, sued in his individual capacity; **GHALIAH OBAISI**, Independent Executor and substituted as a party defendant for Saleh Obaisi, M.D.; **WEXFORD HEALTH SOURCES, INC.**; **JERMIAGH DALY**, sued in his individual capacity; **NICHOLAS LAMB**, sued in his individual capacity; **KENNETH HARRIS**, sued in his individual capacity; **RICARDO TEJEDA**, sued in his individual capacity; **NOEL ACOSTA**, sued in his individual capacity; and **JOHN DOES**, currently unknown employees of the Illinois Department of Corrections or Wexford Health Sources, Inc., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**FOURTH JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's August 6, 2020 Minute Entry (ECF No. 268), Plaintiff Greg Coleman and Defendants Wexford Health Sources, Inc. ("Wexford") and Ghaliah Obaisi (collectively with Wexford, the "Wexford Defendants") hereby submit this Fourth Joint Status Report Regarding Settlement.

Mr. Coleman has continued to work diligently to identify his Social Security number to facilitate Wexford's payment via cashier's checks. On August 20, 2020, Counsel for Mr. Coleman mailed an application and supporting materials for a new Social Security card to the Social Security Administration. On August 25, 2020, the Social Security Administration received Mr. Coleman's application and supporting materials.

On September 10, 2020, Counsel for Mr. Coleman called the Social Security Administration Chicago Loop office to request an update on the status of Mr. Coleman's application. Counsel was told that the status of the application would be investigated and that the Social Security officer would get back in touch by Tuesday, September 15, 2020. As of the time of this filing, Counsel for Mr. Coleman has not heard back, but will continue to follow up and will apprise the Court of any new information learned at the status conference set for September 22, 2020.

Once Mr. Coleman obtains his Social Security number and provides it and a copy of the executed Settlement Agreement to Wexford, Wexford will have 14 days to issue ten cashier's checks totaling $9,750 made payable to Mr. Coleman, less fees it actually incurs from issuing the cashier's checks, for a net total amount of $9,650. Those checks will be sent to Mr. Coleman's counsel. The parties will then submit a notice of dismissal to the Court.[1]

---

[1] Mr. Coleman and the IDOC defendants are in the process of finalizing their agreement as well. There are still a few open issues that hopefully can be worked out.

Dated: September 15, 2020

Respectfully submitted,

| **Counsel for Plaintiff Greg Coleman** | **Counsel for Wexford Defendants** |
|---|---|
| By: /s/ Debbie L. Berman | By: /s/ Brett R. Furmanski |
| Debbie L. Berman | Matthew Weller |
| Matthew T. Gordon | Ronald E. Neroda |
| Regina M. Wood | Brett R. Furmanski |
| Huiyi Chen | CASSIDAY SCHADE LLP |
| Michael F. Linden | 222 West Adams Street, Suite 2900 |
| JENNER & BLOCK LLP | Chicago, IL 60606 |
| 353 N. Clark St. | mweller@cassiday.com |
| Chicago, Illinois 60654 | rneroda@cassiday.com |
| Telephone: 312 923-2764 | bfurmanski@cassiday.com |
| Facsimile: 312 527-0484 | |
| dberman@jenner.com | |
| mgordon@jenner.com | |
| rwood@jenner.com | |
| hchen@jenner.com | |
| mlinden@jenner.com | |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 15, 2020, a true copy of the foregoing was served via ECF on counsel for Ghaliah Obaisi, Wexford Health Sources, Inc., Randy Pfister, Jermiagh Daly, Nicholas Lamb, Kenneth Harris, Ricardo Tejeda, and Noel Acosta:

Matthew Weller, mweller@cassiday.com

Ronald Neroda, rneroda@cassiday.com

Brett Furmanski, bfurmanski@cassiday.com

Andrew O'Donnell, AODonnell@atg.state.il.us

By:   /s/ Debbie L. Berman
Debbie L. Berman
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, Illinois 60654
Telephone: 312 923-2764
Facsimile: 312 527-0484
dberman@jenner.com