# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **GREG COLEMAN**, | ) |
| Plaintiff, | ) 1:17-cv-00528 |
| v. | ) Judge Franklin Valderrama |
| **RANDY PFISTER**, sued in his individual capacity; **GHALIAH OBAISI**, Independent Executor and substituted as a party defendant for Saleh Obaisi, M.D.; **WEXFORD HEALTH SOURCES, INC.**; **JERMIAGH DALY**, sued in his individual capacity; **NICHOLAS LAMB**, sued in his individual capacity; **KENNETH HARRIS**, sued in his individual capacity; **RICARDO TEJEDA**, sued in his individual capacity; **NOEL ACOSTA**, sued in his individual capacity; and **JOHN DOES**, currently unknown employees of the Illinois Department of Corrections or Wexford Health Sources, Inc., | ) |
| Defendants. | ) |

## THIRD JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's February 8, 2021 Minute Entry (ECF No. 285), Plaintiff Greg Coleman and Defendants Pfister, Daly, Lamb, Harris, Tejeda, and Acosta (collectively, the "IDOC Defendants") hereby submit this Third Joint Status Report Regarding Settlement.

**Mr. Coleman's Claims Against the IDOC Defendants:**

Counsel for IDOC Defendants has continued to monitor, at Plaintiff's counsel's request, the status of payment by the Comptroller's Office. On April 7, 2021, counsel for IDOC Defendants informed counsel for Plaintiff that check number AC1330699 was issued for this case. Per the terms of the Settlement Agreement, the check was sent to the attention of Joseph O'Brien, Director of Business and Trust Accounts at the Cook County Department of

Corrections, where Plaintiff is currently being held.

      As of April 6, counsel for IDOC Defendants was unable to discern if the check had been received by the Cook County Department of Corrections. There was no indication that the check had been cashed or returned. Counsel for the IDOC Defendants contacted Mr. O'Brien at the Cook County Jail on April 7, but has not received a response.

      The parties will continue to work cooperatively to ensure this case is resolved at the earliest possible time.

**Dated**: April 9, 2021

Respectfully submitted,

| Counsel for Plaintiff Greg Coleman | Counsel for IDOC Defendants |
|---|---|
| By: /s/ Debbie L. Berman | By: /s/ Andrew O'Donnell |
| Debbie L. Berman<br>Matthew T. Gordon<br>Regina M. Wood<br>Huiyi Chen<br>Michael F. Linden<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>Telephone: 312 923-2764<br>Facsimile: 312 527-0484<br>dberman@jenner.com<br>mgordon@jenner.com<br>rwood@jenner.com<br>hchen@jenner.com<br>mlinden@jenner.com | Andrew O'Donnell<br>Office of the Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>AODonnell@atg.state.il.us |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on April 9, 2021, a true copy of the foregoing was served via ECF on counsel for Ghaliah Obaisi, Wexford Health Sources, Inc., Randy Pfister, Jermiagh Daly, Nicholas Lamb, Kenneth Harris, Ricardo Tejeda, and Noel Acosta:

    Matthew Weller, mweller@cassiday.com

    Ronald Neroda, rneroda@cassiday.com

    Brett Furmanski, bfurmanski@cassiday.com

    Andrew O'Donnell, AODonnell@atg.state.il.us

    By:    /s/ Debbie L. Berman
            Debbie L. Berman
            JENNER & BLOCK LLP
            353 N. Clark St.
            Chicago, Illinois 60654
            Telephone: 312 923-2764
            Facsimile: 312 527-0484
            dberman@jenner.com